IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AGENCE FRANCE-PRESSE,<br><br>                Plaintiff,<br><br>v.<br><br>WELDING ANYWHERE ANYTHING LLC,<br><br>                Defendant. | Case No. 9:23-cv-80982<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, AGENCE FRANCE-PRESSE, by and through its undersigned counsel, brings this Complaint against WELDING ANYWHERE ANYTHING LLC., and alleges as follows:

### NATURE OF THE ACTION

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, *et seq*.

### PARTIES

2. Agence France-Presse ("AFP") is a French entity headquartered in Paris, France with a North American, regional headquarters office in Washington, D.C.

3. Upon information and belief, Welding Anywhere Anything LLC ("WAA") is a limited liability company organized and existing under the laws of the

State of Florida and transacting business in Florida.

4. For the purposes of this Complaint, unless otherwise indicated, "Defendants" include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of all named defendants and all fictitiously-named defendants in this caption.

## JURISDICTION AND VENUE

5. This Court has original subject matter jurisdiction over copyright claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district; Defendant's acts of infringement complained of herein occurred in this judicial district; and Defendant caused injury to Plaintiff within this judicial district.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b)-(c) because Defendants reside and/or do business in this judicial district, and a substantial part of the infringement occurred in this judicial district.

8. Venue is also proper in this judicial district pursuant to 28 U.S.C. §1400(a) because this civil action arises under the Copyright Act of the United States, and Defendants reside in this judicial district.

## **FACTUAL ALLEGATIONS**

9. AFP is a global news agency delivering fast and accurate news coverage of events happening worldwide in the videos, text, photographs, multimedia, and graphics.

10. Founded in 1835 in Paris, France, AFP is the oldest and one of the three largest news agency in the world.

11. AFP has bureaus in over 150 countries and has its North American regional headquarters in Washington, D.C.

12. AFP disseminates approximately 4,000 news stories and approximately 3,000 photographs per day to its subscribers.

13. AFP photographs are available to license through Getty Images, which allows potential licensees an easy, on-line mechanism to properly license the photographs at issue here.

14. AFP's livelihood depends on receiving compensation for the photographs it licenses, and the copyright protection afforded to AFP's photographs deters would-be infringers from copying and profiting from its photographs without permission.

15. AFP is the exclusive rights holder to an image of headstones with American flags in front of them ("the Photograph"). A true and correct copy of the Photograph is attached as Exhibit A.

16. AFP registered the Photograph with the United States Copyright Office under Registration Number VA 2-170-398 with an effective date of November 6, 2019.

17. Defendant Welding Anywhere Anything LLC is a mobile welding service that travels throughout South Florida in order to do on-site precision welding. *See* https://www.facebook.com/people/Palm-Beach-Mobile-Welding-Welding-Anything-Anywhere/.

18. On information and belief, managed and operated the Facebook Page "Welding West Palm Beach" https://www.facebook.com/weldingwestpalmbeach/. ("Defendant's Facebook") which has since been either taken down or renamed.

19. On information and belief, Defendant's Facebook is a commercial website as its purpose is to promote its services and attract consumers to the business.

20. On or about April 3, 2023, AFP discovered the Photograph on Defendant's Facebook, promoting Defendant's services in a post captioned "MEMORIAL DAY ONLY: Mention this add and get 10% of your quote" ("Infringing Post"). A true and correct screenshot of the Photograph as used on Defendant's Facebook in the Infringing Post is attached as Exhibit B.

21. AFP has never at any point given Defendant a license or permission to display, distribute, or otherwise use the Photograph on Defendant's Facebook or any other platform.

22. Defendant (including its employees, agents, contractors or others over whom it has responsibility and control) copied and uploaded the Photograph to the Defendant's Facebook without AFP's consent or authorization

23. After discovering the infringement, AFP made several attempts to contact WAA and resolve the matter but was unsuccessful.

24. When AFP was unable to resolve the claim directly with WAA, AFP referred the matter to counsel, who then made several more attempts to resolve prior to the filing of this Complaint.

25. Upon information and belief, Defendant's use of the Photograph was deliberate and willful because they know or should have known that they did not have a license to use the Photograph.

## CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101, *et seq.*

26. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as through fully stated herein.

27. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of the unique and original Photograph.

28. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon the copyrighted Photograph in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Photograph without Plaintiff's consent or authority, by using them in the Infringing

Post.

29.  As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000 pursuant to 17 U.S.C. § 504(c).

30.  As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

31.  Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Photograph by copying, displaying, and distributing it without a license or consent;
- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For costs of litigation and reasonable attorney's fees against Defendants pursuant to 17 U.S.C. § 505;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: June 29, 2023                                   Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
FL State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
mclark@higbeeassociates.com
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

COMPLAINT                                              7

## **DEMAND FOR JURY TRIAL**

Plaintiff, Agence France-Press, hereby demands a trial by jury in the above matter.

Dated: June 29, 2023                     Respectfully submitted,

**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
FL State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
mclark@higbeeassociates.com
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*