AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Agence France Presse </br></br> *Plaintiff(s)* </br> v. </br> WELDING ANYWHERE ANYTHING LLC </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) </br> Civil Action No.  9:23-cv-80982-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Welding Anywhere Anything LLC
c/o Dalton Wiita
16860 Murcott Blvd
Laxahatchee FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Melissa Higbee
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
mh@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 30, 2023

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court